IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>VICTOR M MERCED DE LA PAZ<br>MINERVA AQUINO KERCADO<br><br>    Debtor(s)<br>-------------------------------------<br>Firstbank Puerto Rico<br><br>    Movant<br><br>Vs.<br><br>VICTOR M MERCED DE LA PAZ<br>MINERVA AQUINO KERCADO<br>and ALEJANDRO OLIVERAS RIVERA<br>as DEBTOR(S) TRUSTEE<br><br>    Respondent(s) | CASE NO. 10-05591 BKT<br><br>CHAPTER 13<br><br><br>(X) of acts against property<br>    under 11 USC § 362 (d) (1)<br>    "CAUSE" |

**NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362**

TO THE ABOVE NAMED RESPONDENT(S), VICTOR M MERCED DE LA PAZ, MINERVA AQUINO KERCADO and ALEJANDRO OLIVERAS RIVERA:

    You are hereby notified that on __JAN 20 2011__ the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

    (Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **fourteen (14) days** from the service of this notice, and serve such answer upon movant or his attorney, **CARDONA-JIMENEZ LAW OFFICE**, whose address is PO Box 9023593 San Juan, PR 00902-3593, Tels: (787) 724-1303, Fax No. (787) 724-1369.

    **IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

    If a timely answer is file, then __FEB 15 2011__, at __9:00 AM__ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 RECINTO SUR., 3rd FLOOR, COURTROOM 3, OLD SAN JUAN, PR, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ
Clerk of Court

By: _____

Issued: JAN 21 2011